

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2019

No. 04-19-00229-CV

**TEXAS P.M.R., INC**. and John Ripley,
Appellant

v.

Robert **RIPLEY** and Mary Guzman,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23830
The Honorable Aaron Haas, Judge Presiding

# O R D E R

This is an accelerated appeal from an order denying an application for temporary injunction. Appellants' brief was originally due to be filed on June 3, 2019.

On June 3, 2019, appellants filed an opposed motion for extension of time to file their brief. By order dated June 5, 2019, the motion was granted, extending the deadline for appellants to file their brief to June 17, 2019.

The brief was not filed by the June 17, 2019 deadline. It is therefore ORDERED that appellants show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2019.



Keith E. Hottle,
Clerk of Court